UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2024 MAR -7  AM 10: 10

THOMAS EDWARD HUMPHREY,
    Plaintiff,

v.                                              CIVIL ACTION NO. 24-10325-IT

MISSOURI STATE HIGHWAY PATROL,
    Defendant.

RESPONSE
March 7, 2024

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

    I, Thomas Edward Humphrey (Plaintiff), submit this response to the Court's Order to Show Cause.

    This action ought not be transferred to the Western District of Missouri because I am currently a resident of Massachusetts. I moved to Massachusetts October 12, 2023, evidenced by my United Airline boarding pass for flight from San Francisco, CA to Boston, MA dated October 12, 2023. Further evidenced by current cell phone bill and Massachusetts State ID issued January 23, 2024 with current address of:

    **12 SUMMER ST, APT 2**
    **BOSTON, MA 02129**

    Please see attached scanned copies of United Airline boarding pass, Massachusetts State issued ID and current Verizon Wireless cell phone bill, proving Massachusetts residency.

Dated: March 7, 2024                                    Respectfully submitted,

                                                                    _TH_ All Rights Reserved
                                                                    Thomas Edward Humphrey
                                                                    12 SUMMER ST APT 2
                                                                    BOSTON, MA 02129
                                                                    (617) 835-9319
                                                                    thomasehumphrey@gmail.com